**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LOUIS JAMES,           ) | |
|                        ) | |
|        Plaintiff,      ) | |
|                        ) | |
| v.                     ) | Case No. 19-2390-CM-ADM |
|                        ) | |
| XPO LOGISTICS FREIGHT, INC., ) | |
|                        ) | |
|        Defendant.      ) | |

## NOTICE AND ORDER TO SHOW CAUSE

To the plaintiff Louis James, by and through his attorneys, Eric E. Vernon and Charles Kevin Baldwin:

On July 16, 2019, Mr. James filed a complaint naming XPO Logistics, Inc. as the defendant in this case. (*See* ECF No. 1.) On September 16, Mr. James filed a first amended complaint on naming XPO Logistics Freight, Inc. as the defendant. (*See* ECF No. 5.) On September 25, a summons was issued to XPO Logistics, Inc. and was subsequently returned unexecuted. (*See* ECF No. 6.) It does not appear that a summons was ever issued for XPO Logistics Freight, Inc.

FED. R. CIV. P. 4(m) governs the time limit for service and provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Nothing on the docket shows Mr. James has served XPO Logistics Freight, Inc. with a summons and a copy of the amended complaint naming it as a defendant. Because the docket lacks any proof of service on defendant, and more than 90 days have passed since Mr. James filed the amended complaint, it does not appear that Mr. James has complied with Rule 4(m). Accordingly, the court orders that by **January 3, 2020**, Mr. James shall

show cause in writing why the undersigned should not recommend that his claims be dismissed without prejudice pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated December 19, 2019, at Topeka, Kansas.

s/ Angel D. Mitchell  
Angel D. Mitchell  
U.S. Magistrate Judge