IN THE UNITED STATES DISTRICT COURT
FOR THE TENTH CIRCUIT IN KANSAS

| | |  | |
|---|---|---|---|
| L. JAMES | ) | | |
| | ) | | |
| Plaintiff, | ) | Case No.   2:19-cv-02390 | |
| | ) | | |
| v. | ) | | |
| | ) | | |
| XPO LOGISTICS FREIGHT, INC. | ) | | |
| | ) | | |
| Defendants. | ) | | |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT WITH SUGGESTIONS IN SUPPORT THEREOF PURSUANT TO RULE 55**

**I.      PRELIMINARY STATEMENT**

COMES NOW Plaintiff, L. James, by and through his undersigned counsel of record, and pursuant to this Court's Notice and Order to Show Cause (Document Number 12) hereby moves for an order entering judgment by default against XPO Logistics Freight, Inc., pursuant to the Federal Rule of Civil Procedure 55. Plaintiff seeks declaratory, injunctive, and equitable relief, actual, compensatory and punitive damages, and costs and attorneys' fees in accordance with 42 USC §2000e-5(k) and Federal Rules of Civil Procedure 54.

In support of his motion, Plaintiff states as follows:

**II.     SUGGESTIONS IN SUPPORT OF DEFAULT JUDGMENT**

1. On July 16, 2019, Plaintiff filed his Complaint in this matter (Document Number 1).
2. After some back and forth over the correct name of Defendant, this Court issued a Summons on January 3, 2020.
3. On January 16, 2020 Defendant XPO Logistics Freight, Inc. was personally served. (Document 10).

1

4. A copy of the server's return was filed with this Court on January 23, 2020 (Document 10).

5. Defendant's answer was due on February 6, 2020.

6. As of today, Defendant has failed to plea or otherwise respond to or defend Plaintiff's Complaint for Damages, and far more than the time provided for by law has passed – with no contact from Defendants or pleadings filed.

7. The Federal Rule of Civil Procedure 55(a) Entering a Default states: "When a party against whom a judgment for affirmative relief is sought has failed to plea or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

8. The Federal Rule of Civil Procedure 55(b)(2) Entering a Default Judgment by the Court, states: "…the party must apply to the court for a default judgment…The Court may conduct hearings or make referrals–preserving any federal statutory right to a jury trial –when, to enter or effectuate judgment it needs to: (A) conduct an accounting; (B) determine the amount of damages; (C) establish the truth of any allegation by evidence; or (D) investigate any other matter."

9. Plaintiff will serve the Defendant with written notice of this application, at least 7 days before the hearing, pursuant to the Federal Rule of Civil Procedure 55(b)(2).

10. Plaintiff, L. James, hereby request a hearing pursuant to Fed. R. Civ. P. 55(b)(2), for the purpose of testifying and establishing through evidence the amount of damages in this matter for which Defendant is liable.

WHEREFORE, Plaintiff prays that this Court enter its final judgment of default against Defendant XPO Logistics Freight, Inc., in an amount as established at the above referenced hearing

and that the Court further orders execution for damages and for such other relief the court finds just and appropriate.

Respectfully submitted,

By: /s/ *Kevin Baldwin*
Kevin Baldwin, KS Bar No. #18637
Eric Vernon, KS Bar No. #21358
**BALDWIN & VERNON**
14 South Pleasant Street
Independence, MO 640
Tel: (816) 842-1102
Fax (816) 842-1104
Kevin@bvalaw.net
Eric@bvalaw.net
ATTORNEY FOR PLAINTIFF

### Certificate of Service

I hereby certify that a copy of the foregoing was served via ECF filing this 27th day of February, 2020 to the counsel of record.

By: /s/ *Kevin Baldwin*
**Attorney for Plaintiff**