#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE TENTH CIRCUIT IN KANSAS

| | |
|---|---|
| L. JAMES | ) |
| | ) |
|       Plaintiff, | )   Case No. 2:19-cv-02390 |
| | ) |
| v. | ) |
| | ) |
| XPO LOGISTICS FREIGHT, INC. | ) |
| | ) |
|       Defendant. | ) |

**PLAINTIFF L. JAMES VERIFIED REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT XPO LOGISTICS FREIGHT, INC.**

The Plaintiff, L. James ("Plaintiff"), by counsel, pursuant to Fed.R.Civ.P. 55(a), requests that the Clerk enter a default as to Defendant XPO Logistics Freight, Inc. ("Defendant Company") in the form submitted herewith. In support of this Request, Plaintiff states as follows:

1. On or about July 16, 2019, Plaintiff commenced a civil action against Defendant Company in the 10th Circuit, Kansas District Court by filing a Complaint (Document 1).

2. After some back and forth over the correct name of Defendant, this Court issued a Summons on January 3, 2020.

3. On January 16, 2020, Defendant Company was personally served (Document 10) with a copy of the summons and Plaintiff's Complaint for Damages at 2101 SW 21st Street, Topeka, Kansas 66604.

4. A copy of the server's return was filed with this Court on January 23, 2020 (Document 10).

5. Pursuant to the Summons, Defendant's Answer to Plaintiff's Complaint was due on February 6, 2020, pursuant to Fed. R. Civ. P. 12.

6.     Defendant failed to plea or otherwise respond to or defend against Plaintiff's Complaint for Damages, and far more than the time provided for by law has passed – with no contact from Defendant or pleadings filed.

7.     Plaintiff filed a motion for default judgment on February 27, 2020 (Document 13). However, Plaintiff being unfamiliar with the process did not follow the two-step procedure in Rule 55. Accordingly, Plaintiff's motion was denied. (Document 16).

8.     Plaintiff, now following the two-step procedure in Rule 55, files this request to the clerk to enter a default as to Defendant XPO Logistics Freight, Inc., as Defendant has failed to answer or otherwise respond to or defend against Plaintiff's Complaint for Damages.

9.     A copy of this Request will be served on Defendant XPO Logistics Freight, Inc., by U.S. First Class Mail, postage pre-paid, at the address set out in the Summons, as indicated in the Certificate of Service below.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default as to Defendant XPO Logistics Freight, Inc., pursuant to Fed. R. Civ. P. 55(a).

**Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Dated this 7th day of July, 2020.

                                                      Respectfully submitted,

By: /s/ *Kevin Baldwin*
      Kevin Baldwin, KS Bar No. #18637
      Eric Vernon, KS Bar No. #21358
      **BALDWIN & VERNON**
      108 S. Pleasant St.
      Independence, MO 640
      Tel: (816) 842-1102
      Fax (816) 842-1104
      Kevin@bvalaw.net
      Eric@bvalaw.net

ATTORNEY FOR PLAINTIFF

**Certificate of Service**

      I hereby certify that a copy of the foregoing was filed electronically. Notice of this filling will be sent to the counsel of record for all parties by operation of the Court's electronic filing system.

      I further certify that the foregoing was served by placing a copy of the same in the United States mail, first class postage prepaid this 7th day of July, 2020, addressed as follows:

XPO Logistics Freight, Inc.
C/O
Registered Agent Solutions, Inc.
2101 SW 21st Street
Topeka, KS 66604

By: /s/ *Kevin Baldwin*
**Attorney for Plaintiff**

3