IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| L. JAMES | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   2:19-cv-02390 |
| | ) | |
| v. | ) | |
| | ) | |
| XPO LOGISTICS FREIGHT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF L. JAMES MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT XPO LOGISTICS FREIGHT, INC.**

The Plaintiff, L. James ("Plaintiff"), by counsel, pursuant to Fed.R.Civ.P. 55(b), respectfully moves this Court to enter a default judgment against Defendant XPO Logistics Freight, Inc. ("Defendant Company"). This Court should grant this Motion for the reasons set forth in Plaintiff's Brief in Support of Motion for Entry of Default Judgment filed herewith.

WHEREFORE, Plaintiff, L. James, requests that this Court enter an order and judgment consistent with the Order and Judgment submitted with its Brief in Support that:

1. This Court enter its final judgment of default against Defendant XPO Logistics Freight, Inc.

2. This Court to further award damages, attorney's fees, and cost, and for such other relief the court deems just and proper.

DATED this 23rd day of July, 2020.

                                                          Respectfully submitted,

                                                          By: /s/ *Kevin Baldwin*
                                                          Kevin Baldwin, KS Bar No. #18637
                                                          Eric Vernon, KS Bar No. #21358
                                                          **BALDWIN & VERNON**
                                                          108 S. Pleasant St.

Independence, MO 640
Tel: (816) 842-1102
Fax (816) 842-1104
Kevin@bvalaw.net
Eric@bvalaw.net
ATTORNEY FOR PLAINTIFF

## Certificate of Service

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filling will be sent to the counsel of record for all parties by operation of the Court's electronic filing system.

By: /s/ *Kevin Baldwin*
**Attorney for Plaintiff**

2